UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VOLTAIRE OLAY, RODOLFO OLAY III, | CASE NO. CV-F-11-0915 LJO SMS |
| Plaintiffs, | **ORDER AFTER SETTLEMENT** |
| vs. | |
| ACRT, INC., | |
| Defendant. | |

The parties have filed a Notice of Settlement indicating that settlement has been reached. Pursuant to this Court's Local Rule 160, this Court ORDERS the parties, **no later than September 9, 2011,** to file appropriate papers to dismiss or conclude this action in its entirety.

This Court VACATES all pending dates and matters.

Failure to comply with this order may be grounds for the imposition of sanctions on counsel or parties who contributed to violation of this order. *See* Local Rule 160 and Local Rule 272.

IT IS SO ORDERED.

**Dated:   August 8, 2011**              /s/ Lawrence J. O'Neill
                                         UNITED STATES DISTRICT JUDGE