JAMES H. WILKINS
STEPHANIE M. GREWAL
WILKINS, DROLSHAGEN & CZESHINSKI LLP
6785 N. Willow Avenue
Fresno, CA  93710
(559) 438-2390  Telephone
(559) 438-2393  Facsimile

Attorneys for Plaintiffs
VOLTAIRE OLAY and RODOLFO OLAY III


JACKSON LEWIS LLP
ROBERT J. SCHNACK (SBN 191987)
801 K Street, Suite 2300
Sacramento, California  95814
Telephone:  (916) 341-0404
Facsimile:    (916) 341-0141
Email:         SchnackR@jacksonlewis.com

Attorneys for Defendant
ACRT, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| VOLTAIRE OLAY and RODOLFO OLAY III, | Case No.   1:11-cv-00915-LJO |
| Plaintiffs, | **STIPULATION FOR DISMISSAL AND ORDER THEREON** |
| v. | |
| ACRT, INC. and DOES 1 through 50, inclusive, | |
| Defendants. | Complaint Filed: May 5, 2011<br>Trial Date:          None Set |

///

///

///

///

///

///

///

1

TO THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION:

Plaintiffs Voltaire Olay and Rodolfo Olay III and Defendant ACRT, Inc., by and through their respective attorneys of record, hereby stipulate to dismissal of this action in its entirety, with prejudice, and without an award of attorney's fees or costs to any party.

Dated: September 2, 2011                    WILKINS, DROLSHAGEN & CZESHINSKI LLP


                                            By:/s/[*Stephanie M. Grewal*] as authorized on 9/2/11
                                                 James W. Wilkins
                                                 Stephanie M. Grewal

                                            Attorneys for Plaintiffs
                                            VOLTAIRE OLAY and RODOLFO OLAY III


Dated: September 2, 2011                    JACKSON LEWIS LLP


                                            By: /s/ [*Robert J. Schnack*]
                                                 Robert J. Schnack

                                            Attorneys for Defendant
                                            ACRT, INC.


## **ORDER**

Based on the foregoing stipulation otherwise finding good cause therefor,

IT IS HEREBY ORDERED that this action is dismissed in its entirety, with prejudice, and without an award of attorney's fees or costs to any party.

IT IS SO ORDERED.

Dated:   **September 2, 2011**            /s/ Lawrence J. O'Neill
                                            UNITED STATES DISTRICT JUDGE

Stipulation for Dismissal and [Proposed] Order Thereon            *Olay vs. ACRT, Inc., et al.*
                                                                   Case No.:1:11-cv-00915-LJO

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Stipulation for Dismissal and [Proposed] Order Thereon    *Olay vs. ACRT, Inc., et al.*
                                                          Case No.:1:11-cv-00915-LJO