1  JAMES H. WILKINS
   STEPHANIE M. GREWAL
2  WILKINS, DROLSHAGEN & CZESHINSKI LLP
   6785 N. Willow Avenue
3  Fresno, CA  93710
   (559) 438-2390  Telephone
4  (559) 438-2393  Facsimile

5  Attorneys for Plaintiffs
   VOLTAIRE OLAY and RODOLFO OLAY III
6

7  JACKSON LEWIS LLP
   ROBERT J. SCHNACK (SBN 191987)
8  801 K Street, Suite 2300
   Sacramento, California  95814
9  Telephone:  (916) 341-0404
   Facsimile:   (916) 341-0141
10 Email:        SchnackR@jacksonlewis.com

11 Attorneys for Defendant
   ACRT, INC.
12

13                       UNITED STATES DISTRICT COURT

14                       EASTERN DISTRICT OF CALIFORNIA

15                                FRESNO DIVISION

| VOLTAIRE OLAY and RODOLFO OLAY III, | Case No.   1:11-cv-00915-LJO |
|---|---|
| Plaintiffs, | **STIPULATION FOR DISMISSAL AND ORDER THEREON** |
| v. |  |
| ACRT, INC. and DOES 1 through 50, inclusive, |  |
| Defendants. | Complaint Filed: May 5, 2011<br>Trial Date:         None Set |

22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28

                                          1

TO THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION:

Plaintiffs Voltaire Olay and Rodolfo Olay III and Defendant ACRT, Inc., by and through their respective attorneys of record, hereby stipulate to dismissal of this action in its entirety, with prejudice, and without an award of attorney's fees or costs to any party.

Dated: September 2, 2011          WILKINS, DROLSHAGEN & CZESHINSKI LLP


                                  By:/s/[*Stephanie M. Grewal*] as authorized on 9/2/11
                                      James W. Wilkins
                                      Stephanie M. Grewal

                                  Attorneys for Plaintiffs
                                  VOLTAIRE OLAY and RODOLFO OLAY III



Dated: September 2, 2011          JACKSON LEWIS LLP


                                  By: /s/ [*Robert J. Schnack*]
                                      Robert J. Schnack

                                  Attorneys for Defendant
                                  ACRT, INC.


## ORDER

Based on the foregoing stipulation otherwise finding good cause therefor,

IT IS HEREBY ORDERED that this action is dismissed in its entirety, with prejudice, and without an award of attorney's fees or costs to any party.

IT IS SO ORDERED.

Dated:  **September 2, 2011**          **/s/ Lawrence J. O'Neill**
                                       UNITED STATES DISTRICT JUDGE

2

Stipulation for Dismissal and [Proposed] Order Thereon          *Olay vs. ACRT, Inc., et al.*
                                                                Case No.:1:11-cv-00915-LJO

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

3

Stipulation for Dismissal and [Proposed] Order Thereon — *Olay vs. ACRT, Inc., et al.*
Case No.:1:11-cv-00915-LJO